**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

| | |
|---|---|
| **JOHNNY B. COLEMAN,** | **PETITIONER** |
| **V.** | **NO. 1:08CV0153-A-D** |
| **LOWNDES COUNTY, et al.,** | **RESPONDENTS** |

## FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **DISMISSED** without prejudice and this case is **CLOSED**. Petitioner's motion to proceed *in forma pauperis* is **DENIED**.

**IT IS SO ORDERED.**

THIS the ⎯⎯22nd⎯⎯ day of July, 2008.

        /s/ Sharion Aycock
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**